EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2026 TSPR 60 |
|---|---|
| Efraín Valencia Robles | 218 DPR ___ |

Número del Caso: TS-17,751

Fecha: 4 de junio de 2026

Representante legal del peticionario:

   Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Efraín Valencia Robles

TS-17,751

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de junio de 2026.

Examinada la *Solicitud de reinstalación,* presentada por el Sr. Efraín Valencia Robles, se autoriza la reinstalación del licenciado Valencia Robles a la práctica de la abogacía.

Se ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se ordena al licenciado Valencia Robles a actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo